*1033 528 U. S. 1080;
528 U. S. 1137;
528 U. S. 1139;
528 U. S. 890;
528 U. S. 1026;
528 U. S. 1052;
528 U. S. 1084;
528 U. S. 1085;
*1034 No. 99-6743.
No. 99-6768.
No. 99-6783.
No. 99-6825.
No. 99-6939.
No. 99-6964.
No. 99-7051.
No. 99-7119.
No. 99-7184.
No. 99-7285.
No. 99-7350.
No. 99-7512.
528 U. S. 1053;
528 U. S. 1086;
528 U. S. 1087;
528 U. S. 1088;
528 U. S. 1120;
528 U. S. 1120;
528 U. S. 1093;
528 U. S. 1140;
528 U. S. 1141;
528 U. S. 1126;
528 U. S. 1142; and
528 U. S. 1113.
Petitions for rehearing denied.